**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  FERRARI, ROBERT J.           §   Case No. 15-35985
                                     §
                                     §
                                     §
         Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/22/2015. The case was converted to one under Chapter 7 on 10/17/2016. The undersigned trustee was appointed on 10/22/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $       110,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 45,677.27 |
| Bank service fees | 879.26 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 63,443.47 |

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/17/2017 and the deadline for filing governmental claims was 02/17/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,750.00, for a total compensation of $8,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/22/2018     By: /s/ David R. Brown
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

| Case No.: | 15-35985 | Trustee Name: | (330580) David R. Brown |
| --- | --- | --- | --- |
| Case Name: | FERRARI, ROBERT J. | Date Filed (f) or Converted (c): | 10/17/2016 (c) |
| | | § 341(a) Meeting Date: | 11/15/2016 |
| For Period Ending: | 05/22/2018 | Claims Bar Date: | 02/17/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | personal residence<br><br>3,986 square foot 4 bedroom spanish style single family home located at<br>810 Brentwood Drive, Bensenville, Illinois 60106-3209 (DuPage County)<br>with a building square footage of 6,371 feet and 14,279 land square feet<br>built in 1975 - APN: 03-24-405-008 - APN Sequence Number: 001 - Property Indicator: Single Family Residence - Municipality Name: ADDISON TWP - Municipality Code: 03<br>Subdivision Name: BRENTWOOD EAST<br><br>Certified Appraisal from November of 2015 shows a value of $330,000.00 | 330,000.00 | 0.00 | | 110,000.00 | FA |
| 2 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Personal individual Checking Account at JP Morgan Chase-account ending in 0879 | 3,500.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings,<br><br>including a sofa; 2 flatscreen TV's; coffee table; kitchen table; refrigerator/freezer; microwave; clothes dryer; some pots and pans; 2 beds with dressers and nite stands; a few lamps; a telephone; a cell phone; | 2,675.00 | 0.00 | | 0.00 | FA |
| 5 | some family photos; compact discs; music cd's | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Used clothing for one male adult | 500.00 | 0.00 | | 0.00 | FA |
| 7 | a cartier watch and maybe some small costume jewelry and maybe another watch in debtors safe deposit box at JP Morgan Chase in Benesenville. | 400.00 | 0.00 | | 0.00 | FA |
| 8 | One Firearm, a colt 38 | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Term Life Insurance with Westfield Insurance Company. Debtor believes he owns the policy with his children as beneficiaries or his estate with the children as beneficiaries of his estate, not sure but no cash value. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 401 (k) invested with American Funds, recently fluctuating between $7,500 - $10,000 - $200 interest and dividend estimate per month. | 10,000.00 | 0.00 | | 0.00 | FA |
| 11 | 1000 Shares of Best Seats Available, Inc.<br><br>little to no value.<br>Domain Name of bestseatsavailable.com owned by the corporation appraised 1/28/2016 for under $800.00 and Web Page. Any Inventory of Best Seats Available, Inc. is listed in item 41. Location: 810 Brentwood Drive, Bensenville IL 60106, 100% ownership | 10.00 | 0.00 | | 0.00 | FA |
| 12 | Debtor does not receive any but pays support for his 9 year old daughter, | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Exhibit A
Page: 2

| Case No.: | 15-35985 | Trustee Name: | (330580) David R. Brown |
| Case Name: | FERRARI, ROBERT J. | Date Filed (f) or Converted (c): | 10/17/2016 (c) |
| | | § 341(a) Meeting Date: | 11/15/2016 |
| For Period Ending: | 05/22/2018 | Claims Bar Date: | 02/17/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Cause of action currently pending in the US District Court:<br><br>FirstMerit Bank, N.A., a national banking association, as successor in interest to the FDIC, as receiver for Midwest Bank and Trust Company v. v. Ferrari et al. Debtor is one of several counterclaimants in that proceeding-case number 1:13-cv-06625.  Debtor believes it may have been dropped.<br><br>From Court Docket:<br>04/18/2014 41 ANSWER to Complaint, COUNTERCLAIM filed by Juan Salgado, Maria Ferrari, Robert Ferrari, 2425 W. Cortland Properties, Inc. against FirstMerit Bank, N.A. by Juan Salgado,  Maria Ferrari, Robert Ferrari, 2425 W. Cortland Properties, Inc. (Attachments: #1 Notice of Filing Notice of Filing & Certificate of Service)(King, Bryan)(Entered: 04/18/2014) | Unknown | 0.00 | | 0.00 | FA |
| 14 | Debtor had given his daughter and son in law around $171,000 to fix up their home<br>after they purchased in on our about 1/17/2006, Debtor thinks he had an unsecured note with a 5 years term that expired and with the real estate meltdown debtor was never paid back as there was no equity and the note was worthless.  Debtor has no expectation of being paid back nor has debtor received any money from his daughter or son in law in relation to this. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Potential Fraudulent transfer of $265,000 of which around $17,000 was paid directly by Debtor to FirstMerit Banknak<br>to release secured collateral of debtors principal residence and which debtor is not sure if line is being put on in violation of the settlement from around April of 2015.<br>Amended schedules added additional following language:<br>Potential Fraudulent transfer of $265,000 of which around $17,000 was paid directly by Debtor to FirstMerit Bank,N.A., a national banking association, as successor in interest to the FDIC, as receiver for Midwest Bank and Trust,  to release secured collateral of debtors principal residence and which debtor is not sure if line is being put on in violation of the settlement from around April of 2015. Action may now be against Huntington Bancshares Inc. that is acquiring FirstMerit Corp.<br>Recovery of any net proceeds that are not otherwise exempt shall be paid into the plan for the benefit of the unsecured creditors, | Unknown | 0.00 | | 0.00 | FA |
| 16 | Licensed Illinois Realtor | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 2010 Mercedes-Benz 550S 4Matic 4 door sedan with 51,000 miles in good condition and full coverage insurance with State Farm<br> VIN: WDDNG8GB5AA361054 - Location: 810 Brentwood Drive, Bensenville IL 60106 Edmonds value 26,029.00 Value from Edmonds and $31,823.00 value from Kelly Blue Book | 28,926.00 | 0.00 | | 0.00 | FA |
| 19 | Diversified Real Properties, Ltd. (u)<br>Location: 810 Brentwood Drive, Bensenville, IL 60106 Listed on Amended Schedules | 500.00 | 0.00 | | 0.00 | FA |

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 3

| Case No.: | 15-35985 | Trustee Name: | (330580) David R. Brown |
|---|---|---|---|
| Case Name: | FERRARI, ROBERT J. | Date Filed (f) or Converted (c): | 10/17/2016 (c) |
| | | § 341(a) Meeting Date: | 11/15/2016 |
| For Period Ending: | 05/22/2018 | Claims Bar Date: | 02/17/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Potential cause of action v. FIRSTMERIT BANK, N.A., a national banking association, as successor in interest to the FDIC, as receiver for Midwest Bank and Trust Company, related to any share loss agreement with the FDIC for any payments received by FirstMerit Bank from the FDIC or from any third party for the loan related to the debtor in which FirstMerit is making a claim in this matter. Action may now be against Huntington Bancshares Inc. that is acquiring FirstMerit Corp. Recovery of any net proceeds that are not otherwise exempt shall be paid into the plan for the benefit of the unsecured creditors. (u)<br>Listed on Amended schedules | Unknown | 0.00 | | 0.00 | FA |
| 21 | Potential causes of action for damages against FIRSTMERIT BANK, N.A., a national banking association, as successor in interest to the FDIC, as receiver for Midwest Bank and Trust Company, for damage including but not limited to (1) Breach of Contract; (2) Consumer Fraud; (3) Common Law Fraud; and/or (4) Manipulation of Libor Index Interest Rates related to a loans to2425 W Cortland Properties, Inc., and/or Stave Properties, in which the Debtor is a member and is also a guarantor of those loans. Action may now be against Huntington Bancshares Inc. that is acquiring FirstMerit Corp. Recovery of any net proceeds that are not otherwise exempt shall be paid into the plan for the benefit of the unsecured creditors. (u)<br>Listed on Amended scheudules | Unknown | 0.00 | | 0.00 | FA |
| 22 | Ticket Inventory in Best Seats Available, Inc. $4,848 but the purchase of the tickets was charged on credit card - Inventory owned by Best Seats Available Inc. (u)<br>Listed on Amended schedules<br>Asset is corporate asset. Stock in Best Seats Available is already a scheduled asset. | 1,750.00 | 0.00 | | 0.00 | FA |
| 22 | **Assets Totals (Excluding unknown values)** | **$379,011.00** | **$0.00** | | **$110,000.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 4

**Case No.:** 15-35985  
**Case Name:** FERRARI, ROBERT J.  

**Trustee Name:** (330580) David R. Brown  
**Date Filed (f) or Converted (c):** 10/17/2016 (c)  
**§ 341(a) Meeting Date:** 11/15/2016  

**For Period Ending:** 05/22/2018  
**Claims Bar Date:** 02/17/2017  

**Major Activities Affecting Case Closing:**

Trustee has filed an objection to discharge, which, as of September 30, 2017, is in the discovery phase. Trustee anticipates a trial in December or January. Trustee has also filed a motion to compromise certain claims regarding the sale of Debtor's residence and the disposition of the second mortgage thereon. That motion is to be heard on October 20, 2017. If approved, the settlement will bring $110,000 in funds into the estate.

**Initial Projected Date Of Final Report (TFR):** 06/29/2018    **Current Projected Date Of Final Report (TFR):** 06/29/2018

UST Form 101-7-TFR (5/1/2011)

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 15-35985 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | FERRARI, ROBERT J. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6671 | Account #: | ******4000 Checking |
| For Period Ending: | 05/22/2018 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/01/17 | {1} | Michael Auriemma | Adversary settlement payment | 1110-000 | 110,000.00 | | 110,000.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 147.66 | 109,852.34 |
| 12/04/17 | 101 | Berkshire Hathaway Home Services | Commission on 810 Brentwood, Bensenville | 3510-000 | | 2,750.00 | 107,102.34 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 150.62 | 106,951.72 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 169.21 | 106,782.51 |
| 02/13/18 | 102 | INTERNATIONAL SURETIES, LTD. | BOND # 016073584 | 2300-000 | | 33.00 | 106,749.51 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 143.34 | 106,606.17 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 153.33 | 106,452.84 |
| 04/09/18 | 103 | SPRINGER BROWN, LLC | | | | 42,894.27 | 63,558.57 |
| | | | Attorney Fees $40,629.00 | 3110-000 | | | 63,558.57 |
| | | | $2,265.27 | 3120-000 | | | 63,558.57 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 115.10 | 63,443.47 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 110,000.00 | 46,556.53 | $63,443.47 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 110,000.00 | 46,556.53 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$110,000.00** | **$46,556.53** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**  Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-35985 | **Trustee Name:** | David R. Brown (330580) | |
| **Case Name:** | FERRARI, ROBERT J. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***6671 | **Account #:** | ******4000 Checking | |
| **For Period Ending:** | 05/22/2018 | **Blanket Bond (per case limit):** | $77,173,558.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4000 Checking | $110,000.00 | $46,556.53 | $63,443.47 |
| | **$110,000.00** | **$46,556.53** | **$63,443.47** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

**Case:** 15-35985　　　　　　　　　　**ROBERT J. FERRARI**

Claims Bar Date: 02/17/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Chase Records Center Attn: Correspondence Mail<br>3415 Vision Drive<br>OH4-7142<br>Columbus, OH 43219<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>11/20/15 | | $148,119.85<br>$148,119.85 | $0.00 | $148,119.85 |
| | Claim fully secured by property not being administered by estate; no deficiency balance/unsecured balance per Order entered 2/16/18 | | | | | |
| Atty Exp | SPRINGER BROWN, LLC<br>300 South County Farm Road<br>Suite I<br>Wheaton, IL 60187<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>05/22/18 | | $2,265.27<br>$2,265.27 | $2,265.27 | $0.00 |
| Atty Fees | SPRINGER BROWN, LLC<br>300 South County Farm Road<br>Suite I<br>Wheaton, IL 60187<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>05/22/18 | | $40,629.00<br>$40,629.00 | $40,629.00 | $0.00 |
| TR Fee | David R. Brown<br>53 W. Jackson<br>#1334<br>Chicago, IL 60604<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>05/17/17 | | $8,750.00<br>$8,750.00 | $0.00 | $8,750.00 |
| | Clerk of the Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604<br><2700-000 Clerk of the Court Fees><br>, 200 | Administrative<br>03/13/18 | | $0.00<br>$700.00 | $0.00 | $700.00 |
| | Adversary filing fee 16-00757 ($350) and adversary filing fee 17-00192 ($350) | | | | | |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C
## Analysis of Claims Register

**Case:** 15-35985                                            **ROBERT J. FERRARI**

Claims Bar Date: 02/17/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/28/15 | | $882.50<br>$882.50 | $0.00 | $882.50 |
| 3 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/08/15 | | $172.38<br>$172.38 | $0.00 | $172.38 |
| 4 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/11/15 | | $269.22<br>$269.22 | $0.00 | $269.22 |
| 5 | FirstMerit Bank, N.A.<br>Michelle G Novick Arnstein & Lehr LLP<br>120 S Riverside Plaza Suite 1200<br>Chicago, IL 60606<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/21/15 | | $248,100.77<br>$248,100.77 | $0.00 | $248,100.77 |
| 6 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Citibank acct#7243 | Unsecured<br>01/26/16 | | $40,416.35<br>$40,416.35 | $0.00 | $40,416.35 |
| 7 | Brown, Udell, Pomerantz, & DelrahimAttn: Andrew Allen Jacobson, Esq.<br>1332 N. Halsted, Suite 100<br>Chicago, IL 60642<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Order disallowing claim entered 2/16/18 | Unsecured<br>02/11/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 3

# Exhibit C

## Analysis of Claims Register

Case: 15-35985    ROBERT J. FERRARI

Claims Bar Date: 02/17/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | Brown, Udell, Pomerantz, & Delrahim<br>1332 N. Halsted<br>Suite 100<br>Chicago, IL 60642<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/11/16 | | $114,164.08<br>$114,164.08 | $0.00 | $114,164.08 |
| | | | **Case Total:** | | **$42,894.27** | **$561,575.15** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-35985
Case Name: ROBERT J. FERRARI
Trustee Name: David R. Brown

**Balance on hand:**   $             63,443.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Chase Records CenterAttn: Correspondence Mail | 148,119.85 | 148,119.85 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $             0.00
Remaining balance:   $             63,443.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 8,750.00 | 0.00 | 8,750.00 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 40,629.00 | 40,629.00 | 0.00 |
| Charges, U.S. Bankruptcy Court | 700.00 | 0.00 | 700.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 2,265.27 | 2,265.27 | 0.00 |

Total to be paid for chapter 7 administrative expenses:   $             9,450.00
Remaining balance:   $             53,993.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $             0.00
Remaining balance:   $             53,993.47

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 53,993.47 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $404,005.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank<br>Discover Products Inc | 882.50 | 0.00 | 117.94 |
| 3 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 172.38 | 0.00 | 23.04 |
| 4 | American Express Centurion Bank<br>c o Becket and Lee LLP | 269.22 | 0.00 | 35.98 |
| 5 | FirstMerit Bank, N.A.<br>Michelle G Novick Arnstein & Lehr LLP | 248,100.77 | 0.00 | 33,157.54 |
| 6 | eCAST Settlement Corporation | 40,416.35 | 0.00 | 5,401.46 |
| 7 | Brown, Udell, Pomerantz, & DelrahimAttn: Andrew Allen Jacobson, Esq. | 0.00 | 0.00 | 0.00 |
| 8 | Brown, Udell, Pomerantz, & Delrahim | 114,164.08 | 0.00 | 15,257.51 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 53,993.47 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**