UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **FERRARI, ROBERT J** | ) | Bankruptcy Case No. 15-35985-JSB |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 25, 2018, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

J. Kevin Benjamin
Benjamin & Brand
1016 W. Jackson Boulevard
Chicago, IL  60607

**VIA REGULAR MAIL**

Ferrari, Robert J
810 Brentwood Drive
Bensenville, IL  60106

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Chase Records Center
Attn: Correspondence Mail
Mail Code LA405555
700 Kansas Lane
Monroe, LA  71203

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

American Express Centurion Bank
c/ o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

Brown, Udell, Pomerantz, & Delrahim
Attn: Andrew Allen Jacobson
1332 N. Halsted, Suite 100
Chicago, IL 60642

Huntington National Bank
c/o Michelle G Novick
Saul Ewing Arnstein & Lehr LLP
161 N. Clark St.
Suite 4200
Chicago, IL 60601

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000