**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: FERRARI, ROBERT J. § Case No. 15-35985
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $49,011.00 | Assets Exempt: | $35,235.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $53,993.47 | Claims Discharged Without Payment: | $797,990.75 |
| Total Expenses of Administration: | $56,006.53 | | |

3) Total gross receipts of $110,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $110,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $423,119.85 | $148,119.85 | $148,119.85 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $55,306.53 | $56,006.53 | $56,006.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $447,978.92 | $404,005.30 | $404,005.30 | $53,993.47 |
| **TOTAL DISBURSEMENTS** | $871,098.77 | $607,431.68 | $608,131.68 | $110,000.00 |

4) This case was originally filed under chapter 7 on 10/22/2015, and it was converted to chapter 7 on 10/17/2016. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    10/09/2018                By: /s/ David R. Brown
                                        Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| personal residence | 1110-000 | $110,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$110,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Records CenterAttn: Correspondence Mail | 4110-000 | NA | $148,119.85 | $148,119.85 | $0.00 |
| N/F | Nationwide Mortgage and Realty, LLC | 4110-000 | $35,000.00 | NA | NA | NA |
| N/F | Nationwide Mortgage and Realty, LLC | 4110-000 | $240,000.00 | NA | NA | NA |
| N/F | Wash Mutual Mtg/Chase Home Finance | 4110-000 | $148,119.85 | NA | NA | NA |
| | **TOTAL SECURED** | | **$423,119.85** | **$148,119.85** | **$148,119.85** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David R. Brown | 2100-000 | NA | $8,750.00 | $8,750.00 | $8,750.00 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 3110-000 | NA | $40,629.00 | $40,629.00 | $40,629.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 3120-000 | NA | $2,265.27 | $2,265.27 | $2,265.27 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $0.00 | $700.00 | $700.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $33.00 | $33.00 | $33.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $879.26 | $879.26 | $879.26 |
| Realtor for Trustee Fees (Real Estate Commissions) - Berkshire Hathaway Home Services | 3510-000 | NA | $2,750.00 | $2,750.00 | $2,750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$55,306.53** | **$56,006.53** | **$56,006.53** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Illinois State Attorney | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Illinois State Attorney Child Support Division | 5800-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | NA | $882.50 | $882.50 | $117.94 |
| 3 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-000 | NA | $172.38 | $172.38 | $23.04 |
| 4 | American Express Centurion Bank c o Becket and Lee LLP | 7100-000 | NA | $269.22 | $269.22 | $35.98 |
| 5 | FirstMerit Bank, N.A. Michelle G Novick Arnstein & Lehr LLP | 7100-000 | NA | $248,100.77 | $248,100.77 | $33,157.54 |
| 6 | eCAST Settlement Corporation | 7100-000 | NA | $40,416.35 | $40,416.35 | $5,401.46 |
| 7 | Brown, Udell, Pomerantz, & DelrahimAttn: Andrew Allen Jacobson, Esq. | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 8 | Brown, Udell, Pomerantz, & Delrahim | 7100-000 | NA | $114,164.08 | $114,164.08 | $15,257.51 |
| N/F | American Express | 7100-000 | $41.00 | NA | NA | NA |
| N/F | American Express | 7100-000 | $41.00 | NA | NA | NA |
| N/F | Brown, Udell, Pomerantz, & Delrahim | 7100-000 | $64,045.85 | NA | NA | NA |
| N/F | Brown, Udell, Pomerantz, & Delrahim | 7100-000 | $64,045.85 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $366.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $12.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $12.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Capital One | 7100-000 | $366.00 | NA | NA | NA |
| N/F | Citibank | 7100-000 | $34,745.00 | NA | NA | NA |
| N/F | Citibank Citicorp Credt Srvs/Central BK | 7100-000 | $34,745.00 | NA | NA | NA |
| N/F | Discover Financial | 7100-000 | $2,251.00 | NA | NA | NA |
| N/F | Discover Financial | 7100-000 | $2,251.00 | NA | NA | NA |
| N/F | FirstMerit Bank, N.A. | 7100-000 | $122,528.61 | NA | NA | NA |
| N/F | FirstMerit Bank, N.A. Receiver - Midwest Bank & Trust Co. | 7100-000 | $122,528.61 | NA | NA | NA |
| N/F | Huntington Bancshares Incorporated | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$447,978.92** | **$404,005.30** | **$404,005.30** | **$53,993.47** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 15-35985 | Trustee Name: | (330580) David R. Brown |
| Case Name: | FERRARI, ROBERT J. | Date Filed (f) or Converted (c): | 10/17/2016 (c) |
| | | § 341(a) Meeting Date: | 11/15/2016 |
| For Period Ending: | 10/09/2018 | Claims Bar Date: | 02/17/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | personal residence<br><br>3,986 square foot 4 bedroom spanish style single family home located at<br>810 Brentwood Drive, Bensenville, Illinois 60106-3209 (DuPage County)<br>with a building square footage of 6,371 feet and 14,279 land square feet<br>built in 1975 - APN: 03-24-405-008 - APN Sequence Number: 001 - Property Indicator: Single Family Residence - Municipality Name: ADDISON TWP - Municipality Code: 03<br>Subdivision Name: BRENTWOOD EAST<br><br>Certified Appraisal from November of 2015 shows a value of $330,000.00 | 330,000.00 | 0.00 | | 110,000.00 | FA |
| 2 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Personal individual Checking Account at JP Morgan Chase-account ending in 0879 | 3,500.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings,<br><br>including a sofa; 2 flatscreen TV's; coffee table; kitchen table; refrigerator/freezer; microwave; clothes dryer; some pots and pans; 2 beds with dressers and nite stands; a few lamps; a telephone; a cell phone; | 2,675.00 | 0.00 | | 0.00 | FA |
| 5 | some family photos; compact discs; music cd's | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Used clothing for one male adult | 500.00 | 0.00 | | 0.00 | FA |
| 7 | a cartier watch and maybe some small costume jewelry and maybe another watch in debtors safe deposit box at JP Morgan Chase in Benesenville. | 400.00 | 0.00 | | 0.00 | FA |
| 8 | One Firearm, a colt 38 | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Term Life Insurance with Westfield Insurance Company. Debtor believes he owns the policy with his children as beneficiaries or his estate with the children as beneficiaries of his estate, not sure but no cash value. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 401 (k) invested with American Funds, recently fluctuating between $7,500 - $10,000 - $200 interest and dividend estimate per month. | 10,000.00 | 0.00 | | 0.00 | FA |
| 11 | 1000 Shares of Best Seats Available, Inc.<br><br>little to no value.<br>Domain Name of bestseatsavailable.com owned by the corporation appraised 1/28/2016 for under $800.00 and Web Page. Any Inventory of Best Seats Available, Inc. is listed in item 41. Location: 810 Brentwood Drive, Bensenville IL 60106, 100% ownership | 10.00 | 0.00 | | 0.00 | FA |
| 12 | Debtor does not receive any but pays support for his 9 year old daughter, | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Form 1

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 2

| Case No.: | 15-35985 | Trustee Name: | (330580) David R. Brown |
| Case Name: | FERRARI, ROBERT J. | Date Filed (f) or Converted (c): | 10/17/2016 (c) |
| | | § 341(a) Meeting Date: | 11/15/2016 |
| For Period Ending: | 10/09/2018 | Claims Bar Date: | 02/17/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Cause of action currently pending in the US District Court:<br><br>FirstMerit Bank, N.A., a national banking association, as successor in interest to the FDIC, as receiver for Midwest Bank and Trust Company v. v. Ferrari et al. Debtor is one of several counterclaimants in that proceeding-case number 1:13-cv-06625.  Debtor believes it may have been dropped.<br><br>From Court Docket:<br>04/18/2014 41 ANSWER to Complaint, COUNTERCLAIM filed by Juan Salgado, Maria Ferrari, Robert Ferrari, 2425 W. Cortland Properties, Inc. against FirstMerit Bank, N.A. by Juan Salgado,  Maria Ferrari, Robert Ferrari, 2425 W. Cortland Properties, Inc. (Attachments: #1 Notice of Filing Notice of Filing & Certificate of Service)(King, Bryan)(Entered: 04/18/2014) | Unknown | 0.00 | | 0.00 | FA |
| 14 | Debtor had given his daughter and son in law around $171,000 to fix up their home<br>after they purchased in on our about 1/17/2006, Debtor thinks he had an unsecured note with a 5 years term that expired and with the real estate meltdown debtor was never paid back as there was no equity and the note was worthless.  Debtor has no expectation of being paid back nor has debtor received any money from his daughter or son in law in relation to this. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Potential Fraudulent transfer of $265,000 of which around $17,000 was paid directly by Debtor to FirstMerit Banknak<br>to release secured collateral of debtors principal residence and which debtor is not sure if line is being put on in violation of the settlement from around April of 2015.<br>Amended schedules added additional following language:<br>Potential Fraudulent transfer of $265,000 of which around $17,000 was paid directly by Debtor to FirstMerit Bank,N.A., a national banking association, as successor in interest to the FDIC, as receiver for Midwest Bank and Trust,  to release secured collateral of debtors principal residence and which debtor is not sure if line is being put on in violation of the settlement from around April of 2015. Action may now be against Huntington Bancshares Inc. that is acquiring FirstMerit Corp.<br>Recovery of any net proceeds that are not otherwise exempt shall be paid into the plan for the benefit of the unsecured creditors, | Unknown | 0.00 | | 0.00 | FA |
| 16 | Licensed Illinois Realtor | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 2010 Mercedes-Benz 550S 4Matic 4 door sedan with 51,000 miles in good condition and full coverage insurance with State Farm<br>VIN: WDDNG8GB5AA361054 - Location: 810 Brentwood Drive, Bensenville IL 60106 Edmonds value 26,029.00 Value from Edmonds and $31,823.00 value from Kelly Blue Book | 28,926.00 | 0.00 | | 0.00 | FA |
| 19 | Diversified Real Properties, Ltd. (u)<br>Location: 810 Brentwood Drive, Bensenville, IL 60106 Listed on Amended Schedules | 500.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| Case No.: | 15-35985 | Trustee Name: | (330580) David R. Brown |
|---|---|---|---|
| Case Name: | FERRARI, ROBERT J. | Date Filed (f) or Converted (c): | 10/17/2016 (c) |
| | | § 341(a) Meeting Date: | 11/15/2016 |
| For Period Ending: | 10/09/2018 | Claims Bar Date: | 02/17/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Potential cause of action v. FIRSTMERIT BANK, N.A., a national banking association, as successor in interest to the FDIC, as receiver for Midwest Bank and Trust Company, related to any share loss agreement with the FDIC for any payments received by FirstMerit Bank from the FDIC or from any third party for the loan related to the debtor in which FirstMerit is making a claim in this matter. Action may now be against Huntington Bancshares Inc. that is acquiring FirstMerit Corp. Recovery of any net proceeds that are not otherwise exempt shall be paid into the plan for the benefit of the unsecured creditors. (u)<br>Listed on Amended schedules | Unknown | 0.00 | | 0.00 | FA |
| 21 | Potential causes of action for damages against FIRSTMERIT BANK, N.A., a national banking association, as successor in interest to the FDIC, as receiver for Midwest Bank and Trust Company, for damage including but not limited to (1) Breach of Contract; (2) Consumer Fraud; (3) Common Law Fraud; and/or (4) Manipulation of Libor Index Interest Rates related to a loans to 2425 W Cortland Properties, Inc., and/or Stave Properties, in which the Debtor is a member and is also a guarantor of those loans. Action may now be against Huntington Bancshares Inc. that is acquiring FirstMerit Corp. Recovery of any net proceeds that are not otherwise exempt shall be paid into the plan for the benefit of the unsecured creditors. (u)<br>Listed on Amended scheudules | Unknown | 0.00 | | 0.00 | FA |
| 22 | Ticket Inventory in Best Seats Available, Inc. $4,848 but the purchase of the tickets was charged on credit card - Inventory owned by Best Seats Available Inc. (u)<br>Listed on Amended schedules<br>Asset is corporate asset. Stock in Best Seats Available is already a scheduled asset. | 1,750.00 | 0.00 | | 0.00 | FA |
| **22** | **Assets Totals (Excluding unknown values)** | **$379,011.00** | **$0.00** | | **$110,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

**Case No.:** 15-35985  
**Case Name:** FERRARI, ROBERT J.

**For Period Ending:** 10/09/2018

**Trustee Name:** (330580) David R. Brown  
**Date Filed (f) or Converted (c):** 10/17/2016 (c)  
**§ 341(a) Meeting Date:** 11/15/2016  
**Claims Bar Date:** 02/17/2017

**Major Activities Affecting Case Closing:**

Trustee has filed an objection to discharge, which, as of September 30, 2017, is in the discovery phase. Trustee anticipates a trial in December or January. Trustee has also filed a motion to compromise certain claims regarding the sale of Debtor's residence and the disposition of the second mortgage thereon. That motion is to be heard on October 20, 2017. If approved, the settlement will bring $110,000 in funds into the estate.

**Initial Projected Date Of Final Report (TFR):** 06/29/2018         **Current Projected Date Of Final Report (TFR):** 05/22/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 15-35985 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | FERRARI, ROBERT J. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6671 | Account #: | ******4000 Checking |
| For Period Ending: | 10/09/2018 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/01/17 | {1} | Michael Auriemma | Adversary settlement payment | 1110-000 | 110,000.00 | | 110,000.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 147.66 | 109,852.34 |
| 12/04/17 | 101 | Berkshire Hathaway Home Services | Commission on 810 Brentwood, Bensenville | 3510-000 | | 2,750.00 | 107,102.34 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 150.62 | 106,951.72 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 169.21 | 106,782.51 |
| 02/13/18 | 102 | INTERNATIONAL SURETIES, LTD. | BOND # 016073584 | 2300-000 | | 33.00 | 106,749.51 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 143.34 | 106,606.17 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 153.33 | 106,452.84 |
| 04/09/18 | 103 | SPRINGER BROWN, LLC | | | | 42,894.27 | 63,558.57 |
| | | | Attorney Fees  $40,629.00 | 3110-000 | | | 63,558.57 |
| | | | $2,265.27 | 3120-000 | | | 63,558.57 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 115.10 | 63,443.47 |
| 06/26/18 | 104 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $8,750.00; Claim # TR Fee; Filed: $8,750.00 | 2100-000 | | 8,750.00 | 54,693.47 |
| 06/26/18 | 105 | Clerk of the Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $700.00; Claim # ; Filed: $0.00 | 2700-000 | | 700.00 | 53,993.47 |
| 06/26/18 | 106 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 13.36% of $882.50; Claim # 1; Filed: $882.50 | 7100-000 | | 117.94 | 53,875.53 |
| 06/26/18 | 107 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Distribution payment - Dividend paid at 13.37% of $172.38; Claim # 3; Filed: $172.38 | 7100-000 | | 23.04 | 53,852.49 |
| 06/26/18 | 108 | American Express Centurion Bank c o Becket and Lee LLP | Distribution payment - Dividend paid at 13.36% of $269.22; Claim # 4; Filed: $269.22 | 7100-000 | | 35.98 | 53,816.51 |
| 06/26/18 | 109 | FirstMerit Bank, N.A. Michelle G Novick Arnstein & Lehr LLP | Distribution payment - Dividend paid at 13.36% of $248,100.77; Claim # 5; Filed: $248,100.77 Stopped on 08/27/2018 | 7100-005 | | 33,157.54 | 20,658.97 |
| 06/26/18 | 110 | eCAST Settlement Corporation | Distribution payment - Dividend paid at 13.36% of $40,416.35; Claim # 6; Filed: $40,416.35 | 7100-000 | | 5,401.46 | 15,257.51 |
| 06/26/18 | 111 | Brown, Udell, Pomerantz, & Delrahim | Distribution payment - Dividend paid at 13.36% of $114,164.08; | 7100-000 | | 15,257.51 | 0.00 |

Page Subtotals:   $110,000.00   $110,000.00

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-35985 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | FERRARI, ROBERT J. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6671 | Account #: | ******4000 Checking |
| For Period Ending: | 10/09/2018 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claim # 8; Filed: $114,164.08 | | | | |
| 08/27/18 | 109 | FirstMerit Bank, N.A. Michelle G Novick Arnstein & Lehr LLP | Distribution payment - Dividend paid at 13.36% of $248,100.77; Claim # 5; Filed: $248,100.77 Stopped: check issued on 06/26/2018 | 7100-005 | | -33,157.54 | 33,157.54 |
| 08/28/18 | 112 | FirstMerit Bank | reissue final distribution check | 7100-000 | | 33,157.54 | 0.00 |
| | | **COLUMN TOTALS** | | | 110,000.00 | 110,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | **0.00** | |
| | | **Subtotal** | | | **110,000.00** | **110,000.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$110,000.00** | **$110,000.00** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-35985 | | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | FERRARI, ROBERT J. | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***6671 | | **Account #:** | ******4000 Checking |
| **For Period Ending:** | 10/09/2018 | | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4000 Checking | $110,000.00 | $110,000.00 | $0.00 |
| | **$110,000.00** | **$110,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)